# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1811
LT Case No. 2022-SC-000870-A

_____

ELEANOR MARHOLIN,

    Appellant,

    v.

LUIS JACOBO D/B/A CONCRETE
CRAFT NORTH ORLANDO FL,

    Appellee.

_____

On appeal from the County Court for Lake County.
Carla R. Pepperman, Judge.

Eleanor Marholin, Clermont, pro se.

Erin L. Greene, of Erin L. Greene, P.A., Lake Mary, for Appellee.


February 13, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____